

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00145-CV
_____

**TIM LEVASSEUR AND KRISSY LEVASSEUR,
INDIVIDUALLY, AND D/B/A LIBERTY COIN,**

**Appellants**

**v.**

**STEVE AVEZZANO,**

**Appellee**

_____

**From the County Court at Law
Ellis County, Texas
Trial Court No. 15-C-3523**

_____

# O R D E R

_____

Appellee's Motion for Leave to File Sur-Reply Brief and Appellee's Sur-Reply Brief were both filed on November 1, 2017. Appellants have filed an objection, which is overruled; and appellee's motion for leave to file is granted.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
(Justice Scoggins did not participate in this decision)
Motion granted
Order issued and filed November 15, 2017

